FILED
FEB 20 2008
U.S. DISTRICT COURT
ELKINS WV 26241

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Civil Action No. 2:06cv92 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| LUIS CRISTOBAL, | ) | **[PROPOSED] ORDER GRANTING** |
| | ) | **PLAINTIFF'S MOTION TO** |
| Defendant | ) | **SUBSTITUTE COUNSEL** |
| | ) | |

After consideration of plaintiff's Motion to Substitute Counsel, the Court orders the following:

It is ORDERED that plaintiff's Motion to Substitute Counsel is GRANTED. Accordingly, attorney Patricia M. Corrales is substituted for attorney Angela A. Crider as plaintiff's representative in this matter.

Signed on _February 20,_____, 2008.

_____
UNITED STATES DISTRICT JUDGE

U.S. v. Cristobal
Order Granting Plaintiff's Motion to Substitute Counsel